# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| GPS Industries, Inc. and GPS IT, LLC<br>v.<br>ProLink Solutions, LLC; ProLink Holdings Corp.; LinksCorp, Inc.; and ABC National Television Sales, Inc. | FILED: JULY 16, 2008<br>08CV4028<br>JUDGE KENDALL<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs, GPS Industries, Inc. and GPS IT, LLC

PH

| | |
|---|---|
| **NAME** (Type or print)<br>Timothy P. Maloney | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Timothy P. Maloney | |
| **FIRM**<br>Fitch, Even, Tabin & Flannery | |
| **STREET ADDRESS**<br>120 South LaSalle Street, Suite 1600 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6216483 | **TELEPHONE NUMBER**<br>(312) 577-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |