**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GPS INDUSTRIES, INC., a Nevada corporation, and GPS IT, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> PROLINK SOLUTIONS, LLC, a Delaware limited liability company, PROLINK HOLDINGS CORP., a Delaware corporation, LINKSCORP, INC., a Delaware corporation, and ABC NATIONAL TELEVISION SALES, INC., a Delaware corporation <br><br> Defendants. | Civil Action No. FILED: JULY 16, 2008 <br> 08CV4028 <br> The Honorable JUDGE KENDALL <br> Magistrate Judge MAGISTRATE JUDGE COX <br> PH <br><br> **JURY TRIAL DEMANDED** |

**FINANCIAL DISCLOSURE PURSUANT TO F.R.C.P. 7.1 AND L.R. 3.2**

Pursuant to FRCP 7.1 and LR 3.2, the following disclosure is made on behalf of the plaintiffs, GPS Industries, Inc. and GPS IT, LLC:

1. GPS Industries, Inc. has no parent corporations. The parent corporation of GPS IT, LLC is GPS Industries, Inc., which owns 100% of the membership interest in GPS IT, LLC.

2. There are no publicly held corporations that own 10% or more of the stock of GPS Industries, Inc. GPS Industries, Inc. is a publicly held corporation and owns 100% of GPS IT, LLC.

1

                          Respectfully submitted,

Date:  July 16, 2008              s/ Timothy P. Maloney
                          Steven C. Schroer
                          Timothy P. Maloney
                          Ted S. P. Li
                          FITCH, EVEN, TABIN & FLANNERY
                          120 South LaSalle Street, Suite 1600
                          Chicago, Illinois 60603
                          Telephone: (312) 577-7000
                          Facsimile: (312) 577-7007

                          *Counsel for Plaintiffs*