IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GPS INDUSTRIES, INC., a Nevada corporation, and GPS IT, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PROLINK SOLUTIONS, LLC, a Delaware limited liability company, PROLINK HOLDINGS CORP., a Delaware corporation, LINKSCORP, INC., a Delaware corporation, and ABC NATIONAL TELEVISION SALES, INC., a Delaware corporation<br><br>　　　　Defendants. | Civil Action No. <u>FILED: JULY 16, 2008</u><br><u>08CV4028</u><br><br>The Honorable <u>JUDGE KENDALL</u><br><br>Magistrate Judge <u>MAGISTRATE JUDGE COX</u><br><br><u>PH</u><br><br>**JURY TRIAL DEMANDED** |

## INDEX OF EXHIBITS

**DESCRIPTION:**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**EXHIBIT NO.**

U.S. Patent No. 5,685,786.................................................................................................A

U.S. Patent No. 5,438,518.................................................................................................B

June 30, 2006 Intellectual Property Security Agreement ..................................................C

August 17, 2007 Intellectual Property Security Agreement ..............................................D