IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GPS INDUSTRIES, INC., a Nevada corporation, and GPS IT, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>PROLINK SOLUTIONS, LLC, a Delaware limited liability company, PROLINK HOLDINGS CORP., a Delaware corporation, LINKSCORP, INC., a Delaware corporation, and ABC NATIONAL TELEVISION SALES, INC., a Delaware corporation<br><br>Defendants. | Civil Action No. FILED: JULY 16, 2008<br>08CV4028<br><br>The Honorable JUDGE KENDALL<br><br>Magistrate Judge MAGISTRATE JUDGE COX<br><br>PH<br><br>**JURY TRIAL DEMANDED** |

## LOCAL RULE 3.4 NOTICE OF CLAIMS INVOLVING PATENT

Pursuant to Local Rule 3.4, Plaintiffs, GPS Industries, Inc. and GPS IT, LLC, hereby provide notice of the information required by 35 U.S.C. § 290 with respect to the following patent asserted against Defendants in this action:

Patents upon Which Action Has Been Brought:      Names of Inventors:

U.S. Patent Nos. 5,685,786      Douglas P. Dudley

U.S. Patent No. 5,438,518      Joseph A. Bianco, et al.

Plaintiffs:    GPS INDUSTRIES, INC.
            6554 176th Street, Unit 103
            Surrey, British Columbia V3S 4G5

            GPS IT, LLC
            6554 176th Street, Unit 103
            Surrey, British Columbia V3S 4G5

<u>Defendants</u>:  PROLINK SOLUTIONS, LLC
410 S. Benson Lane
Chandler, AZ  85224

PROLINK HOLDINGS CORP.
410 S. Benson Lane
Chandler, AZ  85224

LINKSCORP, INC.
2801 Lakeside Drive, Suite 207
Bannockburn, IL  60015

ABC NATIONAL TELEVISION SALES, INC.
77 W. 66th Street
New York, NY 10023

Respectfully submitted,

Date:   July 16, 2008               s/ Timothy P. Maloney
Steven C. Schroer
Timothy P. Maloney
Ted S. P. Li
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Counsel for Plaintiffs*