# United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4028                     Assigned/Issued By: j. n.

Judge Name: kendall                       Designated Magistrate Judge: cox

---

## FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other ____
             [ ] $455.00

Number of Service Copies _____          Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350                         Receipt #: 2937732

Date Payment Rec'd: 7-16-08              Fiscal Clerk: j. n.

---

## ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*
[ ] Writ _____                  [ ] Other _____
    *(Type of Writ)*                         *(Type of issuance)*

4   Original and  0   copies on  7-16-08   as to  all defendants
                                  *(Date)*