## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### CASE NO. **08CV4028**
AFFIDAVIT OF SPECIAL PROCESS SERVER

**Philip Alkhoury**, being first duly sworn on oath deposes and says that he served process in the above mentioned cause.
That he served the within:

( **X** ) Summons & Complaint
(   ) Citation to Discover Assets
(   ) Rule to Show Cause
(   ) Subpoena
(   ) Other:

1.　(   ) By leaving a copy with the named party, ------- personally on -------.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

2.　(   ) On the within named party, -------, by leaving a copy with -------, -------, who states that they are a member of the household on -------, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on -------.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

3.　( **X** ) On the within party, **LinksCorp, Inc.** by leaving a copy with **Keith Bode, Senior Vice President of Finan and Authorized Person**, on **July 17, 2008**, and informed that person of the contents thereof.

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

4.　( **X** ) That the sex, race and approximate age of the person with whom he left the documents were as follows:

SEX: **Male**　　　RACE: **Caucasian**　　　APPROXIMATE AGE: **45-50**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

5.　( **X** ) That the place where and the time of day when the documents were served were as follows:

PLACE: **2801 Lakeside Dr., Ste. 207, Bannockburn, IL 60015**
TIME OF DAY: **2:00 PM**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

6.　(   ) That he was unable to serve the within named party ------- located at ------- for the reason: -------

Signed and Sworn to before me
This **18**th day of **July 2008**.

Philip Alkhoury
Special Process Server
IT'S YOUR SERVE, INC.
Private Detective No. 117-000885

OFFICIAL SEAL
JACQUELYNE HARPER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES. 06/06/12

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GPS Industries, Inc. and GPS IT, LLC,
Plaintiffs

CASE NUMBER:    08CV4028

V.

ASSIGNED JUDGE:    JUDGE KENDALL

ProLink Solutions, LLC, ProLink Holdings
Corp., LinksCorp, Inc. and ABC National
Television Sales, Inc.

DESIGNATED
MAGISTRATE JUDGE:    MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

LinksCorp, Inc.
2801 Lakeside Drive, Suite 207
Bannockburn, IL  60015

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

**July 16, 2008**

(By) DEPUTY CLERK

Date

