## AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No:     08 CV 4028

Case Name:   GPS Industries, Inc. and GPS IT, LLC VS. ProLink Solutions, LLC, Pro Link Holdings Corp., LinksCorp, Inc. and ABC National Television Sales, Inc.

Henry Moss, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **ABC National Television Sales, Inc.** at **77 W. 66th Street, New York, NY 10023** resulting in:

__X__  Corporate service to an officer or an authorized individual of the company executed on the 18th day of July, 2008 at 2:35 P.M.
Name: David P. Meyer     Title: Legal Assistant

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: Male            Hair Color/Style: Brown
Race: White          Height (approx.): 6' 1"
Age (approx.) 35     Weight (approx.): 190 lbs.
Notable Features/Notes: None

Signed and Sworn to before me
This 18 day of July, 2008.

_____
Notary Public

*Liliana Arce*
*Notary Public, State of New York*
*No. 01AR6174877*
*Qualified in Queens County*
*Commission Expires: 10/04/2011*

Served By:

_Henry Moss_
Licensed Process Server
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

GPS Industries, Inc. and GPS IT, LLC,
Plaintiffs

V.

ProLink Solutions, LLC, ProLink Holdings Corp., LinksCorp, Inc. and ABC National Television Sales, Inc.

CASE NUMBER: 08CV4028

ASSIGNED JUDGE: JUDGE KENDALL

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

ABC National Television Sales, Inc.
77 W. 66th Street
New York, NY 10023

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Timothy P. Maloney
Fitch, Even, Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*[signature]*

(By) DEPUTY CLERK

July 16, 2008

Date