IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GPS Industries, Inc., a Nevada corporation, And GPS IT, LLC, a Nevada limited liability company, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 08 CV 4028 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ProLink Solutions, LLC, a Delaware limited liability company, ProLink Holdings Corp., a Delaware corporation, LinksCorp, Inc., a Delaware corporation, and ABC National Television Sales, Inc., a Delaware Corporation, | ) ) ) ) ) ) ) | Honorable Virginia Kendall  Mag. Judge Susan E. Cox |
| Defendants. | ) | |

**LINKSCORP, INC'S AGREED MOTION FOR AN EXTENSION OF TIME, NUNC PRO TUNC, TO RESPOND TO COMPLAINT**

LinksCorp, Inc. ("LinksCorp"), by and through counsel, and pursuant to Federal Rules of Civil Procedure 6(a) and 12(a), moves this Court for an extension of time, *nunc pro tunc*, to respond to Plaintiffs' Complaint. In support of its Motion, LinksCorp states as follows:

1. On July 16, 2008, Plaintiffs GPS Industries, Inc. and GPS IT, LLC (collectively, "Plaintiffs") filed their Complaint alleging, *inter alia*, infringement of United States Patent Numbers 5,685,786 and 5,438,518.

2. On July 17, 2008, LinksCorp was served with Plaintiffs' Complaint.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A), LinksCorp's response to Plaintiffs' Complaint is due on August 6, 2008.

4. Counsel for LinksCorp contacted counsel for Plaintiffs regarding a limited extension of time to respond to the Complaint, and Plaintiffs agreed to an extension up through and including September 5, 2008.

5.  This is LinksCorp's first request for an extension of time to respond to Plaintiffs' Complaint.

6.  This agreement should not be construed as a waiver of any other rights or defenses, including, for instance, LinksCorp's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject patent.

7.  Similarly, LinksCorp acknowledges that Plaintiffs' agreement with LinksCorp should not be construed as a waiver, or in any other way compromise or prejudice any of Plaintiffs' claims or defenses, including, without limitation, such matters as Plaintiffs may raise in reply to LinksCorp's response.

WHEREFORE, LinksCorp requests that the Court enter an order extending the time, *nunc pro tunc*, for it to respond to Plaintiff's Complaint to September 5, 2008.

DATED:  August 5, 2008

   /s/ Michael A. Dorfman          
Timothy J. Vezeau
Michael A. Dorfman
Breighanne A. Eggert
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60601
Telephone:  312-902-5200
Facsimile:  312-902-1061

*Attorneys for LinksCorp, Inc.*