## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing **LINKSCORP, INC.'S AGREED MOTION FOR AN EXTENSION OF TIME, NUNC PRO TUNC, TO RESPOND TO COMPLAINT** was electronically filed on August 5, 2008 with the Clerk of Court using CM/ECF system and served upon all parties of record.

                                                   __/s/ Michael A. Dorfman_____