IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GPS Industries, Inc., a Nevada corporation, And GPS IT, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>ProLink Solutions, LLC, a Delaware limited liability company, ProLink Holdings Corp., a Delaware corporation, LinksCorp, Inc., a Delaware corporation, and ABC National Television Sales, Inc., a Delaware Corporation,<br><br>    Defendants. | Civil Action No. 08 CV 4028<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Virginia Kendall<br><br>Mag. Judge Susan E. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, August 7, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant LinksCorp, Inc., by its counsel, will present its Agreed Motion For An Extension Of Time, *Nunc Pro Tunc*, To Respond To Complaint before the Honorable Virginia Kendall in Courtroom 2319 in the United States District Courthouse, 219 South Dearborn, Chicago, Illinois.

DATED:  August 5, 2008

　　　　　　　　　　　　　　　　　　　　__/s/ Michael A. Dorfman_____
Timothy J. Vezeau
Michael A. Dorfman
Breighanne A. Eggert
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60601
Telephone:  312-902-5200
Facsimile:  312-902-1061

*Attorneys for LinksCorp, Inc.*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing **NOTICE OF MOTION** was electronically filed on August 5, 2008 with the Clerk of Court using CM/ECF system and served upon all parties of record.

                                                           __/s/ Michael A. Dorfman_____