## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Case No:    08 CV 4028

Case Name:    GPS Industries, Inc. and GPS IT, LLC VS. ProLink Solutions, LLC, Pro Link
Holdings Corp., LinksCorp, Inc. and ABC National Television Sales, Inc.

_Michael Verg_____, being first duly sworn on oath deposes and states that he/she
is not a party to and has no interest in this matter and that he/she attempted
service of the following: **Summons and Complaint** to **ProLink Holdings Corp.**
at **410 South Benson Lane, Chandler, AZ 85224** resulting in:

_X_____  Corporate service to an officer or an authorized individual of the company executed on
the _23rd_ day of _July_____, 2008 at _1145_ _A_.M.
Name: _Dale Miller_____    Title: _VP sales_____

_____  Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

_____

_____

_____

A description of the person with whom the documents were left is as follows:

Sex: _male_____          Hair Color/Style: _brown_____
Race: _white_____        Height (approx.): _6'2"_____
Age (approx.) _40's_____  Weight (approx.): _220's_____
Notable Features/Notes:_____

Signed and Sworn to before me          Served By:
This _27th_ day of _JULY_____, 2008.

_____          _M_____

Notary Public                       _Process Server_____
                                    Title

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

Service was completed by an independent contractor retained by It's Your Serve, Inc.