## *AFFIDAVIT OF SPECIAL PROCESS SERVER*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

Case No: __08 CV 4028__

Case Name: __GPS Industries, Inc. and GPS IT, LLC VS. ProLink Solutions, LLC, Pro Link Holdings Corp., LinksCorp, Inc. and ABC National Television Sales, Inc.__

_Michael Kerr_, being first duly sworn on oath deposes and states that he/she is not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons and Complaint** to **ProLink Solutions, LLC** at **410 South Benson Lane, Chandler, AZ 85224** resulting in:

**X** Corporate service to an officer or an authorized individual of the company executed on the **23rd** day of **July**, 2008 at **11:45 A.M.**

Name: _Dale Miller_   Title: _VP Sales_

____ Non-Service for the following reasons with the *DATE* and *TIME* of each attempt listed:

A description of the person with whom the documents were left is as follows:

Sex: _male_   Hair Color/Style: _brown_
Race: _white_   Height (approx.): _6'2"_
Age (approx.) _40's_   Weight (approx.): _220's_

Notable Features/Notes: _____

Signed and Sworn to before me
This _27th_ day of _July_, 2008.

Notary Public

JEFFREY EVERT
Notary Public - Arizona
Maricopa County
My Comm. Expires Mar 14, 2009

Served By:

_Process Server_
Title

Service was completed by an independent contractor retained by It's Your Serve, Inc.