IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GPS Industries, Inc., a Nevada corporation, And GPS IT, LLC, a Nevada limited liability company,<br><br>　　Plaintiffs,<br>v.<br><br>ProLink Solutions, LLC, a Delaware limited liability company, ProLink Holdings Corp., a Delaware corporation, LinksCorp, Inc., a Delaware corporation, and ABC National Television Sales, Inc., a Delaware Corporation,<br><br>　　Defendants. | Civil Action No. 08 CV 4028<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Virginia Kendall<br><br>Mag. Judge Susan E. Cox |

### PROLINK SOLUTIONS, LLC AND PROLINK HOLDINGS CORP.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME, NUNC PRO TUNC, TO RESPOND TO COMPLAINT

Defendants ProLink Solutions, LLC and ProLink Holdings Corp. ("ProLink"), by and through counsel, move this Court for an extension of time, *nunc pro tunc*, to respond to Plaintiffs' Complaint. In support of its Motion, ProLink states as follows:

1. On July 16, 2008, Plaintiffs GPS Industries, Inc. and GPS IT, LLC (collectively, "Plaintiffs") filed their Complaint alleging, *inter alia*, infringement of United States Patent Numbers 5,685,786 and 5,438,518.

2. Plaintiffs served ProLink with their Complaint on July 23, 2008.

3. ProLink's response to Plaintiffs' Complaint is due on August 12, 2008.

4. Counsel for ProLink contacted counsel for Plaintiffs regarding a limited extension of time to respond to the Complaint. Plaintiffs agreed to an extension up through

and including August 26, 2008 for ProLink to respond to the Complaint by motion. Plaintiffs also agreed to an extension up through and including September 11, 2008 for ProLink to file its answer, affirmative defenses and counterclaims, if necessary.

5. This is ProLink's first request for an extension of time to respond to the Complaint. Plaintiffs indicated that they will not oppose this motion.

6. This agreement should not be construed as a waiver, or in any other way compromise or prejudice, any other rights or defenses, including, for instance, ProLink's right to file counterclaims, affirmative defenses, or to otherwise challenge the validity of the subject lawsuit and/or the claims set forth therein.

7. Similarly, this agreement should not be construed as a waiver, or in any other way compromise or prejudice any of Plaintiffs' claims or defenses, including, without limitation, such matters as Plaintiffs may raise in reply to ProLink's response.

WHEREFORE, ProLink requests, with Plaintiffs' assent, that the Court enter an order extending the time, *nunc pro tunc*, for it to respond to Plaintiff's Complaint by motion to August 26, 2008, and to file its answer, affirmative defenses and counterclaims, if necessary, to September 11, 2008.

Dated: August 12, 2008

**PROLINK SOLUTIONS, LLC and PROLINK HOLDINGS CORPORATION**

By:　/s/ Annette M. McGarry
Annette M. McGarry (#6205751)
amm@mcgarryllc.com
Marianne C. Holzhall (#6204057)
mch@mcgarryllc.com
MCGARRY & MCGARRY, LLC
120 North LaSalle Street, Suite 1100
Chicago, IL 60602
Telephone: (312) 345-4600
Facsimile: (312) 345-4601

## CERTIFICATE OF SERVICE

    I hereby certify that on August 12, 2008, the foregoing ProLink Solutions, LLC and ProLink Holdings Corp.'s Unopposed Motion for an Extension of Time, Nunc Pro Tunc, to Respond to Complaint was electronically filed using the CM/ECF system and served upon:

Steven C. Schroer
Timothy P. Maloney
Ted S. P. Li
Fitch, Even Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, IL  60603

Timothy J. Vezeau
Michael A. Dorfman
Breighanne A. Eggert
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60601

/s/ Annette M. McGarry