IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GPS Industries, Inc., a Nevada corporation, And GPS IT, LLC, a Nevada limited liability company,<br><br>    Plaintiffs,<br>v.<br><br>ProLink Solutions, LLC, a Delaware limited liability company, ProLink Holdings Corp., a Delaware corporation, LinksCorp, Inc., a Delaware corporation, and ABC National Television Sales, Inc., a Delaware Corporation,<br><br>    Defendants. | Civil Action No. 08 CV 4028<br><br>**JURY TRIAL DEMANDED**<br><br>Honorable Virginia Kendall<br><br>Mag. Judge Susan E. Cox |

## NOTICE OF MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that on Tuesday, August 19, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Virginia Kendall, in Room 2319, 219 South Dearborn Street, Chicago, Illinois and present ProLink Solutions, LLC and ProLink Holdings Corp.'s Unopposed Motion for an Extension of Time, Nunc Pro Tunc, to Respond to Complaint.

Dated: August 12, 2008 **PROLINK SOLUTIONS, LLC and PROLINK HOLDINGS CORPORATION**

By: /s/ Annette M. McGarry
Annette M. McGarry (#6205751)
amm@mcgarryllc.com
Marianne C. Holzhall (#6204057)
mch@mcgarryllc.com
**MCGARRY & MCGARRY, LLC**
120 North LaSalle Street, Suite 1100
Chicago, IL 60602
Telephone: (312) 345-4600
Facsimile: (312) 345-4601

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, the foregoing Notice of Motion was electronically filed using the CM/ECF system and served upon:

Steven C. Schroer
Timothy P. Maloney
Ted S. P. Li
Fitch, Even Tabin & Flannery
120 South LaSalle Street, Suite 1600
Chicago, IL  60603

Timothy J. Vezeau
Michael A. Dorfman
Breighanne A. Eggert
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL  60601

/s/ Annette M. McGarry