**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2008, a copy of the foregoing APPEARANCE STEVEN C. SCHROER was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*<u>Parties receiving service electronically are as follows</u>:*

Annette M. McGarry - amm@mcgarryllc.com
Marianne C. Holzhall - mch@mcgarryllc.com
Attorneys of MCGARRY & MCGARRY, LLC
(COUNSEL FOR DEFENDANTS PROLINK SOLUTIONS, LLC & PROLINK HOLDINGS CORP.)

Timothy J. Vezeau - timothy.vezeau@kattenlaw.com
Breighanne A. Eggert - breighanne.eggert@kattenlaw.com
Michael A. Dorfman – Michael.Dorfman@kattenlaw.com
Attorneys of KATTEN MUCHIN ROSENMAN LLP
(COUNSEL FOR DEFENDANT, LINKSCORP, INC.)

 s/ Steven C. Schroer
*Attorney for Plaintiffs, GPS Industries, Inc. and GPS IT LLC*