**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |  |
|---|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ | |
| FIRM | |
| STREET ADDRESS | |
| CITY/STATE/ZIP | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES   NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES   NO | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   NO | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL     APPOINTED COUNSEL | |

CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, a copy of the foregoing APPEARANCE FOR TED S.P. LI was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*Parties receiving service electronically are as follows:*

Annette M. McGarry - amm@mcgarryllc.com
Marianne C. Holzhall - mch@mcgarryllc.com
Attorneys of MCGARRY & MCGARRY, LLC
(COUNSEL FOR DEFENDANTS PROLINK SOLUTIONS, LLC & PROLINK HOLDINGS CORP.)

Timothy J. Vezeau - timothy.vezeau@kattenlaw.com
Breighanne A. Eggert - breighanne.eggert@kattenlaw.com
Michael A. Dorfman – Michael.Dorfman@kattenlaw.com
Attorneys of KATTEN MUCHIN ROSENMAN LLP
(COUNSEL FOR DEFENDANT, LINKSCORP, INC.)

 s/ Ted S.P. Li
*Attorney for Plaintiffs, GPS Industries, Inc. and GPS IT LLC*

CERTIFICATE OF SERVICE **[FOR USE WITH PAPER FILINGS]**

      This will certify that a copy of the foregoing PLEADING TITLE is being served via facsimile and first class U.S. mail on:

    Timothy J. Vezeau
    Breighanne A. Eggert
    Michael A. Dorfman
    KATTEN MUCHIN ROSENMAN LLP
    525 West Monroe Street
    Chicago, IL 60661
    Telephone: (312) 902-5200
    Facsimile: (312) 902-1061
    (COUNSEL FOR DEFENDANT, LINKSCORP, INC.)

Attorneys for Defendants, this _____ day of _____, 20\_\_.

                                              _____
                                              *One of the Attorneys for Plaintiffs, GPS Industries, Inc. and GPS IT LLC*