IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GPS Industries, Inc., a Nevada corporation, And GPS IT, LLC, a Nevada limited liability company, <br><br> Plaintiffs, <br> v. <br><br> ProLink Solutions, LLC, a Delaware limited liability company, ProLink Holdings Corp., a Delaware corporation, LinksCorp, Inc., a Delaware corporation, and ABC National Television Sales, Inc., a Delaware Corporation, <br><br> Defendants. | Civil Action No. 08 CV 4028 <br><br> **JURY TRIAL DEMANDED** <br><br> Honorable Virginia Kendall <br><br> Mag. Judge Susan E. Cox |

## DEFENDANT LINKSCORP LLC'S[1] NOTIFICATION AS TO AFFILIATES AND RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant LinksCorp LLC ("LinksCorp"), by and through its undersigned attorneys, states as follows:

1. The parent corporation of LinksCorp is LinksCorp Holdings, Inc.

2. There are no publicly held corporations owning 10% or more of LinksCorp's stock.

Dated: September 5, 2008

/s/ Michael A. Dorfman
Timothy J. Vezeau (IL Bar No. 2899612)
Michael A. Dorfman (IL Bar No. 6255860)
Breighanne A. Eggert (IL Bar No. 6289475)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois 60601
Telephone: 312-902-5200
Facsimile: 312-902-1061

*Attorneys for LinksCorp LLC*

---

[1] Plaintiffs' Complaint identifies "LinksCorp, Inc." as a defendant. LinksCorp, Inc., however, is no longer in existence. Instead, "LinksCorp LLC" is the proper party in this action. LinksCorp LLC will work with Plaintiffs to correct this error.

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record in this case, hereby certifies that a copy of the foregoing **Defendant LinksCorp LLC's Notification as to Affiliates and Rule 7.1 Disclosure Statement** has been served by ECF notification, this 5th day of September, 2008, upon the attorneys, addressed as follows:

| | |
|---|---|
| Timothy P. Maloney<br>Steven C. Schroer<br>Ted S. Li<br>**Fitch, Eve, Tabin & Flannery**<br>120 South LaSalle Street<br>Suite 1600<br>Chicago, IL 60603<br>tpmalo@fitcheven.com<br>scschr@fitcheven.com<br>tli@fitcheven.com | Annette Michele McGarry<br>Marianne C. Holzhall<br>**McGarry & McGarry, LLC**<br>120 North LaSalle, #1100<br>Chicago, IL 60602<br>amm@mcgarryllc.com<br>mch@mcgarryllc.com |

September 5, 2008                              /s/ Michael A. Dorfman_____
                                                           Michael A. Dorfman