# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| GPS INDUSTRIES, INC., a Nevada corporation, and GPS IT, LLC, a Nevada limited liability company, | ) ) ) ) | Civil Action No. 08CV4028 The Honorable Judge Kendall Magistrate Judge Cox |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| PROLINK SOLUTIONS, LLC, a Delaware limited liability company, PROLINK HOLDINGS CORP., a Delaware corporation, LINKSCORP, INC., a Delaware corporation, and ABC NATIONAL TELEVISION SALES, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## STIPULATION RE DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), it is hereby stipulated by and between the parties hereto, through their respective counsel of record, that:

The claim of GPS Industries, Inc. and GPS IT, LLC (collectively "GPSI") for inducing infringement of U.S. Patent No. U.S. Patent Nos. 5,685,786 ("the '786 patent") is hereby dismissed without prejudice;

The counterclaim of ABC National Television Sales, Inc. ("ABC NTVS") for declaratory relief of non-infringement of the '786 Patent is hereby dismissed without prejudice;

ABC NTVS and GPSI do not admit liability as to their respective claims and each agrees to bear its own fees and costs.

Dated: November 5, 2008

Steven C. Schroer
Timothy P. Maloney
Ted S. P. Li
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Counsel for Plaintiffs*

Dated: November 11, 2008

Deanna Keysor (6270059)
Howrey LLP
321 North Clark Street
Suite 3400
Chicago, Illinois 60654
keysord@howrey.com
(312) 846-5691
(312) 595-2250 (facsimile)

Ben M. Davidson (admitted *pro hac vice*)
Howrey LLP
550 South Hope Street
Suite 1100
Los Angeles, California 90071-2627
davidsonb@howrey.com
(213) 892-1800
(213) 892-2300 (facsimile)

*Attorneys for ABC National
Television Sales, Inc.*

Dated: November 11, 2008

Paul J. Hayes (admitted *pro hac vice*)
A. Jason Mirabito (admitted *pro hac vice*)
Paul J. Cronin (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617-542-6000
Fax: 617-542-2241

*Attorneys for LinksCorp, LLC*

Dated: November 11, 2008

Paul J. Hayes (admitted *pro hac vice*)
A. Jason Mirabito (admitted *pro hac vice*)
Paul J. Cronin (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: 617-542-6000
Fax: 617-542-2241

*Attorneys for Prolink Solutions, Llc And
Prolink Holdings Corp*

2

Annette M. McGarry (#6205751)
Marianne C. Holzhall
MCGARRY & MCGARRY, LLC
120 North LaSalle Street
Suite 1100
Chicago, IL 60602
Telephone: (312) 345-4600
Facsimile: (312) 345-4601
E-Mail: amm@mcgarryllc.com

Annette M. McGarry (#6205751)
Marianne C. Holzhall
MCGARRY & MCGARRY, LLC
120 North LaSalle Street
Suite 1100
Chicago, IL 60602
Telephone: (312) 345-4600
Facsimile: (312) 345-4601
E-Mail: amm@mcgarryllc.com

DM_US:21502359_1

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2008, a copy of the foregoing Stipulation Re Dismissal was served to the attorneys listed below as follows:

**Via CM/ECF Electronic Notification:**

Timothy P. Maloney
Steven C. Schroer
Ted S. Li
Fitch, Even, Tabin & Flannery
120 South LaSalle Street
Suite 1600
Chicago, Illinois 60603-3406
tpmalo@fitcheven.com
scschy@fitcheven.com
tli@fitcheven.com

*Attorneys for Plaintiffs GPS Industries, Inc. and GPS IT, LLC*

Annette Michele McGarry
Marianne C. Holzhall
McGarry & McGarry, LLC
120 North LaSalle
Suite 1100
Chicago, Illinois 60602
amm@mcgarryllc.com
mch@mcgarryllc.com

*Attorneys for Defendants ProLink Solutions, LLC; and ProLink Holdings Corp.*

Timothy J. Vezeau
Breighanne Aileen Eggert
Michael Adam Dorfman
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661
timothy.vezeau@kattenlaw.com
breighanne.eggert@kattenlaw.com
Michael.dorfman@kattenlaw.com

*Attorneys for Defendant LinksCorp, Inc.*

Paul J. Hayes
Paul J. Cronin

A. Jason Mirabito
Thomas J. Clark
Mintz Levin Cohn Ferris Glovsky & Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111
PJHayes@mintz.com
PCronin@mintz.com
JMirabito@mintz.com
TJClark@mintz.com

*Attorneys for Defendants ProLink Solutions, LLC; ProLink Holdings Corp; and LinksCorp. Inc..*

/s/ Deanna Keysor